IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MAXCHIEF INVESTMENTS LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>PLASTIC DEVELOPMENT GROUP, LLC,<br><br>    Defendant. | Civil Action No. _____<br><br>JURY TRIAL REQUESTED |

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Maxchief Investments Limited (hereinafter, "Plaintiff"), by and through its counsel, and for its Complaint against Plastic Development Group, LLC (hereinafter, "Defendant") alleges as follows:

JURISDICTION & VENUE

1. This Complaint is an action for patent infringement under Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction over the claims in this case pursuant to 28 USC §§ 1331 and 1338.

2. Defendant offers for sale and sells throughout the United States, including within this Judicial District and Division, a variety of products, including plastic folding tables. On information and belief, this Court has personal jurisdiction over Defendant based on Defendant's contacts with this District and Division including, but not limited to, Defendant's conducting business in this district and committing acts of infringement of the patent sued upon in this district. Upon further information and belief, these activities are carried out by Defendant, *inter alia*, through sales in retail outlets located in this District. In this regard, Defendant's tables are

currently sold at Target retail stores in Knoxville, Tennessee.  Defendant's tables are also sold via numerous Internet web sites available to consumers within this District.

3. On information and belief, venue is proper in this district with regard to Defendant pursuant to 28 USC § 1391.

## PARTIES

4. Plaintiff Maxchief Investments Limited is an international business entity registered in the British Virgin Islands with a place of business at 2nd Floor, Jonsim Place, 228 Queen's Road East, Wanchai, Hong Kong.

5. Plaintiff sells folding tables and folding chairs to customers throughout the United States and the world.  One of Plaintiff's largest customers in the United States is Meco Corporation, which has its headquarters located in this District in Greeneville, Tennessee.  Plaintiff's employees regularly visit this District for meetings with Meco Corporation.

6. On information and belief, Defendant Plastic Development Group, LLC, is a limited liability company organized and existing under the laws of the State of Michigan, having its principal place of business located at 24445 Northwestern Highway, Suite 101, Southfield, Michigan 48075.

## NATURE OF THE ACTION

7. Plaintiff is the owner of all right, title, and interest in United States Patent No. 6,622,644, entitled "Collapsible Table" (hereinafter, "the '644 Patent"), which was duly and legally issued by the United States Patent Office on September 23, 2003. A copy of the '644 Patent is attached hereto as **Exhibit A**.

8. Defendant does not have any license, authorization, consent, or permission from Plaintiff or any other party having any interest in or related to the '644 Patent to manufacture, use, offer to sell, or sell any product embodying the subject matter of any claim of the '644 Patent, or to engage in any other activity that would, in the absence of any license, authorization, permission,

or consent, infringe upon or in any way violate any right or interest of Plaintiff in or relating to the '644 Patent.

9. Defendant has been infringing and/or otherwise violating Plaintiff's rights with respect to at least claims 1, 9, 14, 22, and 23 of the '644 Patent by, among other things, manufacturing, using, offering for sale, and/or selling in this district and elsewhere throughout the United States tables which embody the subject matter of at least claims 1, 9, 14, 22, and 23 of the '644 Patent, and will continue to do so unless and until enjoined by this Court. Such infringing products include tables sold by Defendant as the "6' Bi-Fold Table" (UPC Number: 855488004480) (advertised by Defendant on http://www.plasticdevelopmentgroup.com/tables-chairs/6-foot-folding-table.html) and the "8' Bi-Fold Table" (UPC Number: 855488004619) (advertised by Defendant on http://www.plasticdevelopmentgroup.com/tables-chairs/8-foot-folding-table.html).

10. Defendant has, with full knowledge of the '644 Patent, commenced and/or continued infringement of and/or otherwise acted in violation of Plaintiff's rights with respect to the claims of the '644 Patent in willful disregard of Plaintiff's rights thereunder.

11. On information and belief, Defendant has, with full knowledge of the '644 Patent, actively induced others to infringe at least claims 1, 9, 14, 22, and 23 of the '644 Patent. Also, with knowledge or reason to know of the '644 Patent, Defendant has contributed to the infringement thereof, by among other things, supplying one or more material components or parts of a combination which infringed or infringes at least claims 1, 9, 14, 22, and 23 of the '644 Patent, knowing the same to be especially made or adapted for use in an infringement of the '644 Patent and not as a staple item of commerce suitable for substantial non-infringing uses.

COUNT I – PATENT INFRINGEMENT

12. Plaintiff hereby restates the averments of the previous paragraphs as if fully set forth herein, and for its Count I states as follows:

13. Defendant has been and is now infringing and/or otherwise acting in violation of Plaintiff's rights with respect to the '644 Patent in violation of 35 U.S.C. § 271(a) by, among other

3

things, making, selling, offering to sell, and/or using in the United States, products covered by at least claims 1, 9, 14, 22, and 23 of the '644 Patent.

14. Defendant has been and is now actively inducing infringement of at least claims 1, 9, 14, 22, and 23 of the '644 Patent by others in violation of 35 U.S.C. §§ 271(b) and 271(f).

15. Defendant has been and is now contributing to infringement of at least claims 1, 9, 14, 22, and 23 of the '644 Patent by others in violation of 35 U.S.C. § 271(c).

16. The claims of the '644 Patent that are infringed are valid and enforceable and the '644 Patent is valid, unrevoked, enforceable, in force, and subsisting.

17. The acts of Defendant complained of herein have been and are now being done willfully with knowledge of, or reason to know, that they violate Plaintiff's rights under and related to the '644 Patent including, but not limited to, infringement of the '644 Patent.

18. The acts of Defendant complained of herein have caused and are presently causing irreparable harm, damage, and injury to Plaintiff for which Plaintiff has no adequate remedy at law, and such acts will continue to cause such irreparable harm, damage, and injury to Plaintiff unless and until the same are enjoined and restrained by this Court.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for at least the following relief:

A. A preliminary and permanent injunction against Defendant enjoining it from and against any and all further and/or continued infringement, contributory infringement, and active inducement of infringement of the claims of the '644 Patent.

B. An accounting for damages to Plaintiff resulting from Defendant's infringement, contributory infringement, active inducement of infringement, and any/all other compensable violations of Plaintiff's rights pertaining to the '644 Patent, together with a trebling of all such damages because of the knowing, willful and wanton nature of Defendant's conduct and the exceptional nature of this case pursuant to 35 U.S.C. § 285.

C. An assessment of interest on all damages.

D. That this Court award Plaintiff its attorneys' fees, costs and expenses in this action under 35 U.S.C. § 285.

E. Such other, further, and additional relief as this Court may deem reasonable and just.

Plaintiff hereby requests a jury to try any issue triable of right before a jury.

Respectfully submitted,

LUEDEKA NEELY GROUP, P.C.

By: s/Michael J. Bradford
    Michael J. Bradford
    TN BPR No. 22689
    Mark P. Crockett
    TN BPR No. 19352
    P.O. Box 1871
    Knoxville, TN 37901-1871
    (865) 546-4305
    (865) 523-4478 (fax)
    MBradford@Luedeka.com
    MCrockett@Luedeka.com

    ATTORNEYS FOR PLAINTIFF